Printed: 03/02/10 01:24 PM

Page: 1

**Claims Distribution Small Checks**

Trustee: DOUGLAS J. WOLINSKY (650017)

RECEIVED
MAR 4 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Case: 07-60792 - GONYOU, ABRAHAM, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31201954256 | 121 | 03/02/10 | | | United States Bankruptcy Court | | | | | Check Amount: | $8.52 |
| | | | 6 | 10/14/05 | | 610 | I/D/E/A<br>1 IDEA WAY<br>CALDWELL, ID 83605 | 136.64 | 136.64 | 4.44 | 4.44 |
| | | | 12 | 10/14/05 | | 610 | MASSENA CHRYSLER<br>CENTRAL SERVICE BUREAU<br>PO BOX 549<br>MASSENA, NY 13662-3401 | 97.74 | 97.74 | 3.18 | 3.18 |
| | | | 13 | 10/14/05 | | 610 | PHIL'S FLORIST<br>CENTRAL SERVICE BUREAU<br>PO BOX 549<br>MASSENA, NY 13662-3401 | 27.58 | 27.58 | 0.90 | 0.90 |

(*) Denotes objection to Amount Filed

*[Handwritten notes: "Receipt #", "Recv'd $8.52 3.4.10 3/4/10"]*